UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br>) Criminal No. 23-mj-4293-DHH<br>JACK DOUGLAS TEIXEIRA, )<br><br>Defendant. ) | |

## APPEARANCE OF COUNSEL

I, Jared C. Dolan, hereby enter my appearance in this matter as counsel for the United States of America.

Respectfully submitted,

*/s/ Jared C. Dolan*
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA  02210
Phone: (617) 748-3100

## Certificate of Service

I hereby certify that this document was filed on April 24, 2023, through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

*/s/ Jared C. Dolan*
Jared C. Dolan