STUDENT NAME:  TEIXEIRA, JACK D

JACK TEIXEIRA

STUDENT ID:XXXXX6392
DOB:21-Dec-XXXX
SEX:M

REGISTERED FOR    0IYY  INFORMATION SYSTEMS TECHNOLOGY              15-Nov-2019

| AIR FORCE COURSE NO / CCAF COURSE CODE | TITLE | DATE COMPLETED (OR RECORDED) | SEM HRS | GRADE |
|---|---|---|---|---|
| MABM9T000 00AC | USAF BASIC MILITARY TRAINING | LACKLAND AFB  13-Aug-2020 | | |
| LMM1000 | BASIC MILITARY STUDIES | | 5.00 | S |
| 3AQR3D132 02AB | INFORMATION TECHNOLOGY FUNDAMENTALS | KEESLER AFB  16-Feb-2021 | | |
| IST1102 | COMPUTER SYSTEM FAMILIARIZATION | | 2.00 | S |
| IST1103 | NETWORK FUNDAMENTALS | | 4.00 | S |
| IST1104 | CYBER SECURITY | | 2.00 | S |
| IST1105 | GENERAL MAINTENANCE TRAINING | | 1.00 | S |
| 3AQR3D132 01AD | CYBER TRANSPORT SYSTEMS | KEESLER AFB  29-Apr-2021 | | |
| IST1024 | NETWORK FUNDAMENTALS II | | 3.00 | S |
| IST1025 | ADVANCED NETWORKING | | 5.00 | S |
| IST1026 | ADVANCED NETWORKING II | | 3.00 | S |
| IST1103 | NETWORK FUNDAMENTALS | | 3.00 | S |
| IST1104 | CYBER SECURITY | | 4.00 | S |
| IST1105 | GENERAL MAINTENANCE TRAINING | | 2.00 | S |

****************************************************** LAST ENTRY ******************************************************
ALL VALID ENTRIES ARE IN THIS TYPE FONT: ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789

PAGE 1 OF 1

1/nhernandez/ISSUED AS OFFICIAL -- ANNOTATE IF GIVEN TO STUDENT

ASHALANA L. MODYGO, CAPT, USAF
REGISTRAR, ENROLLMENT MANAGEMENT         FICE:  012308




ASHALANA L. MODYGO, Capt, USAF
REGISTRAR, ENROLLMENT MANAGEMENT

22-Jul-2022
DATE OF ISSUE

**Transcript Legend**
Air University – Community College of the Air Force
Office of the Registrar
100 South Turner Blvd.
Maxwell AFB-Gunter Annex, AL 36114
registrar.ccaf@us.af.mil

