# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 23-4293-DHH |
| | ) |
| JACK DOUGLAS TEIXEIRA | ) |

## DEFENDANT JACK DOUGLAS TEIXEIRA'S DETENTION HEARING

**Exhibit 1**

**Photographs of Jack Teixeira's arrest**







