| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Lawrence A. Franklin | 2005 | EDVA 05-cr-00225 05-cr-00421 | –Conspiracy to communicate national defense information, 18 U.S.C. § 793(g)<br><br>–Communication of national defense information, 18 U.S.C. § 793(d) (3 counts)<br><br>–Conspiracy to communicate classified information, 18 U.S.C. § 371<br><br>–Unlawful retention of national defense information, 18 U.S.C. § 793(e) | Classified military information regarding U.S. policy toward Iran disclosed to pro-Israel lobbyists and an Israeli diplomat | No | $100,000 unsecured bond<br><br>–Conditions of release unknown, unavailable on Pacer | –Conspiracy to communicate national defense information, 18 U.S.C. § 793(g)<br><br>–Conspiracy to communicate classified information, 18 U.S.C. § 371<br><br>–Unlawful retention of national defense information, 18 U.S.C. § 793(e) | –Total term of 151 months in prison, followed by 3 years supervised release<br><br>–$10,000 fine<br><br>–Continued on current bond conditions to self-surrender, with delayed reporting date |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Shamai K. Leibowitz | 2009 | MD 09-cr-00632 | –Disclosure of classified information, 18 U.S.C. § 798(a)(3) | Leaked classified FBI documents to a blogger | No | –Report on a regular basis to Pretrial Services Supervision<br><br>–Surrender any passports and obtain no new passports<br><br>–Travel restricted to Washington, DC metropolitan area and get prior approval for further travel from Pretrial<br><br>–Do not move without Pretrial permission | –Disclosure of classified information, 18 U.S.C. § 798(a) | –20 months in prison, followed by 3 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Jeffrey Sterling | 2010 | EDVA 10-cr-00485 | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d) (3 counts)<br><br>–Unauthorized disclosure of national defense information, 18 U.S.C. § 793(e) (3 counts)<br><br>–Unlawful retention of national defense information, 18 U.S.C. § 793(e)<br><br>–Mail fraud, 18 U.S.C. § 1341 | Classified information regarding efforts to sabotage Iranian nuclear research divulged to NYT reporter James Risen | No | –Released on personal recognizance, unsecured bond of $10,000 consigned by third party custodian<br><br>–Placed in custody of third party custodian<br><br>–Actively seek employment<br><br>–Do not depart Washington, DC metropolitan area without preapproval by Pretrial or Court | All counts except one | –42 months in prison as to each count, all to run concurrent<br><br>–2 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| | | | –Unauthorized conveyance of government property, 18 U.S.C. § 641<br><br>–Obstruction of justice, 18 U.S.C. § 1512(c)(1) | | | –Avoid all contact and communication with alleged victims or potential witnesses unless in presence of defense counsel<br><br>–Report to Pretrial<br><br>–Refrain from possessing a firearm<br><br>–Refrain from excessive use of alcohol<br><br>–Undergo psychiatric treatment and take all prescribed medications and waive privacy rights to mental health records<br><br>–Surrender passport and obtain no new passport<br><br>–Notify any employer of being under indictment and the charges involved | | |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Stephen J. Kim | 2010 | DC 10-cr-00225 | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d)<br><br>–False statements, 18 U.S.C. § 1001(a)(2) | Shared classified information from an intelligence report on North Korea with Fox News reporter | No | –Bond in the amount of $100,000 secured by real property<br><br>–Report weekly by phone to Pretrial<br><br>–Shall not travel more than 25 miles outside the Washington, DC metropolitan area without pre-approval of Pretrial, except can travel to California for work or to visit his son with advance written notice to pretrial and government<br><br>–Any rearrest on probable cause for any subsequent offense may result in revoking present bond and being held without bail | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d) | –13 months in prison, followed by 12 months of supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| James Hitselberger | 2012 | DC<br><br>12-cr-00231 | –Unlawful retention of national defense information, 18 U.S.C. § 793(e)<br><br>–Unauthorized removal of a public record, 18 U.S.C. § 2071(a) | Classified materials concerning Bahrain to the Hoover Institution | No (released after four and a half months in custody) | –Release to high intensity supervision program with GPS location monitoring<br><br>–To reside with aunt, may leave only for appointments with doctors, lawyers, or Pretrial Services, or to attend religious services<br><br>–Prohibited from entering or being in immediate vicinity of Union Station, any other bus or train station that provides service outside of the Washington metropolitan area, or any airport<br><br>–May not travel further than 25 miles from Washington, DC for any reason<br><br>–Meet with Pretrial once a week and call officer at designated time every day<br><br>–Surrender passport and obtain no new passport | –Unauthorized removal and retention of classified documents, 18 U.S.C. § 1924 | –Time served<br><br>–No additional supervision or supervised release shall be imposed<br><br>–$250 fine |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| John Kiriakou | 2012 | EDVA 12-cr-00127 | –Disclosure of classified information identifying a covert agent, 50 U.S.C. § 421(a) <br><br>–Transmission of national defense information, 18 U.S.C. § 793(d) (3 counts) <br><br>–False statements, 18 U.S.C. § 1001(a)(1) | Disclosing identity of CIA officials involved in interrogation abuse to journalists | No | –Released on personal recognizance, $250,000 unsecured bond <br><br>–Bond to be signed by wife and brother within 5 days <br><br>–Do not depart Washington, DC metropolitan area without prior approval of Pretrial or the Court <br><br>–Prior approval needed from Pretrial to travel outside Metro area <br><br>–Do not move from residence without prior approval of Pretrial or the court <br><br>–Avoid all contact with any witnesses <br><br>–Report on a regular basis to Pretrial <br><br>–Surrender any passport and obtain no new passport | –Disclosure of classified information identifying a covert agent, 50 U.S.C. § 421(a) | –30 months in prison, followed by 3 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| Donald Sachtleben | 2012 | SDIN 12-cr-00127 13-cr-00200 | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d) –Unauthorized possession and retention of national defense information, 18 U.S.C. § 793(e) –Distributing child pornography, 18 U.S.C. § 2256(2)(A) –Possession of child pornography, 18 U.S.C. § 2252(a)(4)(B) | Classified information regarding foiled bomb plot in Yemen to the AP | No | –Supervision by Pretrial –Continue or actively seek employment –Surrender any passport and obtain no new passport –Travel restricted to SDIN unless pre-approved by Pretrial –Avoid all contact with any co-defendants or potential co-defendants –Do not possess a firearm –Do not use alcohol and submit to testing –Home detention with location monitoring– may leave only for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or other pre-approved by Pretrial | –Unauthorized disclosure of national defense information, 18 U.S.C. § 793(d) –Unauthorized possession and retention of national defense information, 18 U.S.C. § 793(e) –Distributing child pornography, 18 U.S.C. § 2256(2)(A) –Possession of child pornography, 18 U.S.C. § 2252(a)(4)(B) | –43 months in prison as to Counts One and Two, to run consecutive with 97-month sentence imposed in child pornography case –Total of 7 years supervised release |

| Defendant | Year Charged | Jurisdiction | Charges | Subject of Leak | Detained Pending Trial? | Conditions of Release | Offenses of Conviction | Sentence |
|---|---|---|---|---|---|---|---|---|
| | | | | | | –Random searches of person, residence, and property by Pretrial and/or any law enforcement officers accompanying them<br><br>–Special conditions related to child pornography charges– including not possessing any computer | | |
| Robert Birchum | 2023 | MDF 23-cr-00032 | - Unlawful retention of national defense information 18 U.S.C. § 793(e) | - NSA documents relating to national defense that discuss NSA capabilities and methods of collection. | No | - Report by phone every Tuesday no later than 4:00pm to US Pretrials Service.<br>- Surrender Passport<br>- Not travel outside MDF<br>- Submit Mental Health Eval<br>- Not use, posess or own firearms, weapons or destructive devices and shall not purchase any new firearms, dangerous weapons or destructive devices. | - Unlawful retention of national defense information 18 U.S.C. § 793(e) | Continued to 6/1/23 |