

**ATTACHMENT C**

