UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Docket No.: 23-mj-04293 <br> ) <br> ) |
| JACK DOUGLAS TEIXEIRA | ) |

### DEFENDANT'S MOTION TO FILE SUPPORTING AFFIDAVIT *EX PARTE* AND UNDER SEAL

Jack Teixeira, through counsel, hereby moves this Honorable Court pursuant to Local Rule 7.2 for leave to file a supporting affidavit of counsel to his Motion to Appoint Additional Counsel Pursuant to the CJA *ex parte* and under seal. As grounds for this motion, counsel states that the document contains information that touches upon matters of representation of a defendant which should not be part of the public record.

Respectfully submitted,

JACK TEIXEIRA
By his Attorneys

*/s/ Brendan Kelley*
Brendan Kelley
Assistant Federal Public Defender

*/s/ Allen Franco*
Allen Franco
Research & Writing Attorney
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617- 223- 8061

Dated: June 2, 2023

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 2, 2023.

                                             */s/ Brendan Kelley*
                                             Brendan Kelley