# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI |
| **City** North Dighton | **Related Case Information:** | |
| **County** Bristol | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number 23-4293-DHH | |
| | Search Warrant Case Number See below | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

| | | |
|---|---|---|
| Defendant Name | Jack Douglas Teixeira | Juvenile: ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | ☐ Yes ☑ No |
| Alias Name | | |
| Address | (City & State) North Dighton, MA | |
| Birth date (Yr only): 2001 | SSN (last4#): 6392 Sex M Race: W | Nationality: US |
| **Defense Counsel if known:** | Brendan Kelley | Address 51 Sleeper Street, Boston, MA |
| **Bar Number** | | |

**U.S. Attorney Information:**

| | | |
|---|---|---|
| AUSA | Nadine Pellegrini | Bar Number if applicable 545606 |
| **Interpreter:** | ☐ Yes ☑ No | List language and/or dialect: |
| **Victims:** | ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) | ☐ Yes ☐ No |
| **Matter to be SEALED:** | ☐ Yes ☑ No | |
| | ☐ Warrant Requested ☐ Regular Process | ☑ In Custody |

**Location Status:**

**Arrest Date** 04/13/2023

☑ Already in Federal Custody as of 04/13/2023 in Plymouth County.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/15/2023    Signature of AUSA: /s/ *Nadine Pellegrini*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jack Douglas Teixeira

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 793(e) | Willful Retention and Transmission of National Defense Information | 1 through 6 |
| Set 2 | 18 U.S.C. §§981(a)(1)(c), 793(h), and 28 U.S.C. § 2461(c) | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   23-4242-DHH, 23-4243-DHH, 23-4244-DHH, 23-4292-DHH, 23-4295-DHH, 23-4296-DHH, 23-4297-DHH, 23-4301-DHH