UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)  Criminal No. 23-10159-IT<br>JACK DOUGLAS TEIXEIRA, )<br>)<br>Defendant )<br>)<br>_____ ) | |

### INITIAL SCHEDULING ORDER

June 22, 2023

Hennessy, M.J.

    In this case, Defendant is charged in an indictment with six counts of Willful Retention and Transmission of National Defense Information, in violation of 18 U.S.C. § 793(e). Defendant was arraigned in person on June 21, 2023 and has elected to proceed under the automatic discovery rules. Accordingly, the parties shall comply with their discovery obligations set forth in Local Rule 116.1 of the Local Rules of the United States District Court for the District of Massachusetts (2023) ("L.R."), through L.R. 116.4. Furthermore, it is HEREBY ORDERED that:

1. The date for the completion of non-classified Automatic Discovery under L.R. 116.1(c) and for the disclosure of exculpatory evidence under L.R. 116.2(b)(1) is **Wednesday, July 19, 2023**. Discovery comprising classified information shall be subject to a protocol proposed by the parties and approved by the Court. The parties are reminded of their obligation under L.R. 116.1(c) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. The Initial Status Conference will be held on **Wednesday, August 9, 2023 at 9:30 a.m.**, in Courtroom No. 1 on the Fifth Floor of the Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.[1] The Joint Memorandum addressing those items set forth in

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43 of the Federal Rules of

1

L.R. 116.5(a) shall be filed on or before the close of business on **Friday, August 4, 2023**. The parties shall appear telephonically and provide my Courtroom Clerk, Dawn King, (508.929.9905 or Dawn_King@mad.uscourts.gov), on or before **Friday, August 4, 2023** telephone contact information, which must be a landline telephone.

      / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge

---

Criminal Procedure, a defendant in custody will not be transported to court for the Initial Status Conference, absent a request from counsel.