UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 1:23-cr-10159 |
| ) | |
| JACK DOUGLAS TEIXEIRA   ) | |

**MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES**

Jack Teixeira, by and through undersigned counsel, hereby requests leave to file a brief in excess of twenty pages pursuant to Local Rule 7.1(b)(4). As grounds, Mr. Teixeira states that he intends to appeal the Memorandum and Order on Detention (ECF No. 37) issued by the Magistrate Judge in this case. The issues involved in Mr. Teixeira's detention are varied and complex. Mr. Teixeira's original Memorandum in Support of Release was exactly twenty pages (ECF No. 20), and any appeal will necessarily require him to include additional information. Thus, Mr. Teixeira requests that the Court grant him leave to file a brief in excess of twenty pages so that he may adequately address all matters relevant to his appeal of the detention order. Counsel for the government has informed defense counsel that it does not object to this motion.

Respectfully submitted,
Jack Teixeira
by his attorneys

*/s/ Allen Franco*
Allen Franco
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

1

**Certificate of Service**

      I, Allen Franco, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: July 13, 2023                                  */s/ Allen Franco*
                                                                   Allen Franco