UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JACK DOUGLAS TEIXEIRA    ) | No. 1:23-cr-10159 |

## APPEAL OF MAGISTRATE JUDGE'S ORDER ON DETENTION

Jack Teixeira requests that this Court vacate the Memorandum and Order on Detention issued by the Magistrate Judge in this case and order his release. *See* 18 U.S.C. § 3145(b). The evidence supporting this motion is attached hereto as Exhibits 1 – 13. A brief in support of this appeal shall be filed separately.

Respectfully submitted,
Jack Teixeira
by his attorneys

*/s/ Allen Franco*
Allen Franco
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

*/s/ Brendan Kelley*
Brendan Kelley
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

*/s/ Michael K. Bachrach*
Michael K. Bachrach
Law Office of Michael K. Bachrach
224 West 30th Street, Suite 302
New York, NY 10001
(212) 929-0592

1

**Certificate of Service**

      I, Allen Franco, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: July 17, 2023                   */s/ Allen Franco*
                                                           Allen Franco