## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 23-CR-10159 |
| | ) |
| JACK DOUGLAS TEIXEIRA | ) |

### DEFENDANT JACK DOUGLAS TEIXEIRA'S DETENTION APPEAL

**Exhibit 7**

**Birchum Conditions**

**United States v. Robert Birchum**

**23-CR-32-KKM-TGW**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLERK'S MINUTES

Case No. 8:23-cr-32-KKM-TGW　　　　　　　　Date:　FEBRUARY 21, 2023

## HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA CHERIE KRIGSMAN |
| -v- | |
| ROBERT BIRCHUM | RET ERIC ROPER ESQ. |

| | |
|---|---|
| Deputy Clerk: Amanda Craig | Time: 2:44-3:36 (52 min.) |
| Court Reporter: N/A | Courtroom 12A |
| Interpreter: N/A | Tape: Digital |

**PROCEEDINGS: INITIAL APPEARANCE-CHANGE OF PLEA HEARING-BOND HEARING**

( X )　Defendant sworn

( X )　Plea agreement filed

( X )　Counsel advised of <u>Brady</u> obligations under Due Process Protections Act

( X )　Waiver of indictment accepted

( X )　Plea of guilty entered as to Count One of the Information

( X )　Government to file three-level downward adjustment for acceptance of responsibility assuming defendant eligible and no adverse information received

( X )　Factual basis established

( X )　Court to recommend that guilty pleas be accepted

( X )　Referred to probation for pre-sentence investigation

( X )　Sentencing to be scheduled before Judge Kathryn K. Mizelle

( X )　Bond/Detention:

　　　　Government: Requests defendant to be released on conditions recommended in the Pretrial Service report.

　　　　Defendant: Does not object to conditions recommended.

DEFENDANT EXHIBIT 7

        Court: Defendant to be released on his own recognizance with conditions of release. Order to be filed.

( X ) Defendant to report to the USMS for processing and then will be released from there upon the completion of bond paperwork.