UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 23-CR-10159 |
| | ) |
| JACK DOUGLAS TEIXEIRA | ) |

**<u>DEFENDANT JACK DOUGLAS TEIXEIRA'S</u>**
**<u>DETENTION APPEAL</u>**

**Exhibit 14**

**N.S. Interview Excerpt**

UNCLASSIFIED//FOUO

Continuation of FD-302 of  (U//FOUO) Interview of NS                  , On 05/09/2023 , Page 4 of 4



NS      was worried about TEIXEIRA hiding or running from authorities. He said they discussed this and NS     brought up fleeing the country, but TEIXEIRA was against it. NS     also recalled a verbal conversation with TEIXEIRA's friend ▓▓▓▓ during which they discussed how TEIXEIRA was going to get out of this and TEIXEIRA again stated he would not flee.

DEFENDANT EXHIBIT 14