UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | No. 1:23-cr-10159 |
| ) | |
| JACK DOUGLAS TEIXEIRA   ) | |

**MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES**

Jack Teixeira, by and through undersigned counsel, hereby requests leave to file an oversized brief totaling twenty-nine pages pursuant to Local Rule 7.1(b)(4), and to withdraw Doc. No. 78.

As grounds, Mr. Teixeira states that he has appealed (Doc. No. 77) the Memorandum and Order on Detention (Doc. No. 37) issued by the Magistrate Judge in this case. The Court previously granted Mr. Teixeira permission to file a brief of up to twenty-five pages in support of that appeal. (Doc. No. 75). To fit the page limit ordered, Mr. Teixeira elected to omit a factual overview and instead cited to the prior statement of facts laid out in Mr. Teixeira's original opposition to detention. (Doc. Nos. 20, 78). At the hearing held on July 24, 2023, the Court informed defense counsel of its preference to have all material included in a single brief, which requires Mr. Teixeira to file a brief in excess of the twenty-five-page limit previously granted. Additionally, as also noted at the hearing, subsequent to the filing of Defendant's memorandum of law (Doc. No. 78), defense counsel obtained additional discovery that further informs whether Mr. Teixeira is entitled to pretrial release. (Doc. No. 80-1). Mr. Teixeira requires additional space to also address this new evidence in a single submission. Mr. Teixeira spoke with counsel for the government and they do not oppose this motion.

Accordingly, Mr. Teixeira requests that he be permitted to file a twenty-nine page brief in

support of his detention appeal.

                                              Respectfully submitted,
                                              Jack Teixeira
                                              by his attorneys

                                              */s/ Allen Franco*
                                              Allen Franco
                                              Federal Public Defender Office
                                              51 Sleeper Street, 5th Floor
                                              Boston, MA  02210
                                              Tel: 617-223-8061

### Certificate of Service

     I, Allen Franco, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: July 24, 2023                                                                     */s/ Allen Franco*
                                                                                               Allen Franco