Case 1:23-cr-10159-IT   Document 86-1   Filed 08/04/23   Page 1 of 1



Exhibit 1