# Image of Known Counter Top



Exhibit 2