Exhibit 4





# 102nd *INTELLIGENCE, SURVEILLANCE & RECONNAISANCE GROUP*
# *DGS-MA*

## Information Systems Acceptable Use Policy and User Agreement

The following statements reflect **MANDATORY** behavioral norms and standards of acceptable use of Air Force InformationTechnology for all Information Systems (**IS**). By signing below, you indicate both your understanding of these standards, and your agreement to act in accordance with them as a condition of your service or employment within the Air Force.

REF: AFI 17-130, Cyber Security Program Management; AFI 17-203, Cyber Incident Handling; AFMAN 17-1301, ComputerSecurity (COMPUSEC); AFMAN 17-1303, Air Force Cybersecurity Workforce Improvement Program.

Ultimately, each **INDIVIDUAL** provides much of the protection for the information contained within the **IS**. Maintaining the integrity and security of Air Force Information Systems is everyone's responsibility.

## 1. DoD INFORMATION SYSTEMS (IS)

1. **Purpose:** To emphasize your individual responsibilities when accessing 102ISRG/DGS-MA IS and resources.

2. **General:** The fundamental approach to security of ISs is based on the principles of individual accountability and need-to-know. Procedural and technical security features incorporated intosystems are required to provide adequate protection for the system and the data contained within.

3. **Policy:** U.S. Government policy requires all classified information be appropriately safeguarded to ensure the confidentiality, integrity, and availability of the information. Safeguards will be applied such that information is accessed only by authorized persons and processes, is used only for authorized purposes,retains its content integrity, is available to satisfy mission requirements, and is appropriately marked andlabeled. The combination of security safeguards and procedures shall assure that the system and users are in compliance with ICD, DoD, NSA, DIA, USAF, ANG and 102ISRG Information Systems security guidance and publications.

4. **Individual Responsibilities:** Upon receipt of your user credentials you will have access to various ISs that process and store classified information. The burden of responsibility for the security of classified information stored within these systems ultimately rests with each person who uses or has access to the system. The following are key requirements and responsibilities of each individual user associated with the 102ISRG/DGS-MA Site:

### 4.1 CONSENT TO MONITORING

a. **By signing this document, YOU acknowledge and consent to the following conditions when you access Department of Defense (DoD) Information Systems:**

1. Communications or data stored on U.S. Government Information Systems are not private and are subject to routine monitoring, interception, and search and may be disclosed.

2. I waive any expectation of privacy in my use of U.S. Government electronic communications.This is not a waiver of my rights to attorney-client privilege, medical information privacy, or the privacy afforded to communications with religious officials/Chaplains. Data storage used in support of any lawful U.S. Government purposes.

3. I understand that at any time the U.S. Government may inspect and seize data stored on anyGovernment Information System and understand all work completed on said systems is owned by the U.S. Government.

### 4.2 General User Requirements:

a. **Be a US Citizen**

### 4.3 Account Access Control/ISs Protection:

a. **I will not share or permit my logon credentials to be used by anyone else.** Individuals requiring temporary

or permanent network access should only be provided access through the authorization of the Cyber Security Office.

b.   I **will** accept responsibility for **ANY** and **ALL** activity that occurs under my individual User-ID.

c.   I **will ONLY** use the access or privileges granted to me to perform authorized tasks, mission-related functions and/or Official DoD Business.

d.   I **understand** that user names and passwords will be safe guarded at the same classification level of the ISs they permit access to.

e.   I **will** use the system and network, to include access to the Internet, Electronic Mail (E-mail) and network shares for only authorized purposes IAW AFI 17-130, Cybersecurity Program Management; AFMAN 17-1303, Air Force Cybersecurity Workforce Improvement Program; AFI-130, Air Force Cybersecurity Program Management; and ICD 503.

f.   I **understand** that masking my identity within an IS, i.e. assuming the identity of another user, is strictly **prohibited**.

g.   I **understand** that it is my responsibility to control access and utilization of any files, which I have stored under my credentials. Also that **I am** accountable for any use made of such files or data and for the correct classification, caveats, and any modifications made to them.

h.   I **will** not access the accounts of others with the intent to read, browse, modify, copy, or delete files and directories unless they have given you specific authorization to do so.

i.   I **will LOGOFF** properly at the end of each session. If the machine will not give you the required LOGOFF response, inform your IMOC or Cyber Security Office immediately.

j.   I **will notify** the Cyber Security Office personnel of TDYs exceeding **30 days** prior to your departure.

k.   I **will NOT** leave my workstation unattended without at least utilizing the screensaver password screen-locking function. **When leaving at the end of the duty day, I will properly and completely log off the network.**

l.   I **understand** that it is my responsibility to immediately report any/all security violations, classified message incidents (CMI), system vulnerabilities, network/security problems, suspicious network activities, and suspected virus activity to the **ISSM/ISSO and SSO or IMOC.**

m.   I **will** comply with all computer and network security guidance outlined in the Cyber Security Training (Cyber Awareness Challenge) as well as policies and procedures prescribed by the Cyber Security Office and/or the Unit Security Manager (USM).

n.   I **understand** all AFDGS and JWICS accounts will expire when your Cyber Awareness certificate expires. When re-accomplishing your training please send the Cyber Security Office a PDF copy (saved in landscape format) to the 102ISRG IA office mailbox at 102.IW.IC.Information.Assurance.org@us.af.mil.

o.   I **understand** that if revisions are made I will be required to review and re-sign.

p.   I **understand** that (**A**) **if I fail to login to my account _90_** days from my last login, my account will automatically be put into **disabled** status, (**B**) **if I fail to login to my account** after _120_ days from my last login, **Automatic Account Deletion** will occur and (**C**) if I am going **TDY/Deployment, I will notify the SSO/Cyber Security Office** so that my account can be preserved for up to one (1) year in a protected status (**Note**: accounts in a protected status **are not** exempt from **Automatic Account Deletion** protocol after one (1) year).

**4.4   Passwords:**

a.   I **understand** that my password is **FOR MY USE ONLY** and **WILL NOT** be disclosed to, or used by anyone else under any circumstances. Such disclosure to, or use by, any other person is considered a security violation.

b.   **I will NOT write down or store any passwords in any fashion, digitally or physically**.  Also, I **understand** that storing any password in this manner constitutes a security violation.

Exhibit 4

   c. I **will** ensure my password meet the complexity requirement of ICS 500-16 and in accordance with the Information System you have been granted access to. I **will** report any compromise or suspected compromise of my login ID or password to the ISSO or ISSM.

   d. I **will** change my password at least every 90 days to maintain access and account status.

**4.5**  **Media Control:**

   a. I **understand** that **All Removable Media** for use within the 102 ISRG facility will be issued and tracked by the ISSM or ISSO. All media (Blu-ray discs, CD-ROMS, DVD's, Tapes, SSD and Platter based hard Drives, etc.) entering the facility MUST first be coordinated through the Cyber Security Office.

   b. I **will** protect any Air Force portable devices or media entrusted to me from unauthorized access, theft, or loss.

   c. I **will** protect all sensitive information (i.e. Privacy Act, CUI or Classified) processed, displayed, printed, or stored at my workstation using proper guidance.

   d. I **will** immediately report unauthorized media to the Cyber Security Office.

   e. When not in use, I **will** properly secure all storage media/data containing Privacy Act, CUI and sensitive/classified information to prevent inadvertent access.

   f. I **understand** that suspected misuse or compromise of removable media or information contained therein must be reported to the ISSM/ISSO or SSO immediately.

   g. If any media under **my** control is lost, I **will** immediately report to the ISSM/ISSO, SSO or IMOC.

   h. I **understand** that **all media** that is no longer needed will be brought to the Cyber Security Office for destruction. All media leaving the facility needs to be verified by the Cyber Security Office.

   i. I **understand** that **all files** transferring from a Lower to Higher classification may be performed by the user through an official transfer service. **No files will be downgraded from any higher classification to a lower classification.**

**4.6**  **Email:**

   a. I **understand** that USAF email systems are provided to support USAF missions and I am only authorized to use email systems for official USG business related to my duties.

   b. I am **prohibited** from transmitting fraudulent, unethical, harassing, chain letter, or personal messages and files. I **will not** overburden the email system with large broadcasts or group mailings.

   c. I **will not** send any email or other form of electronic communications by forging another user's identity or attempt to conceal the origin of a message in any way.

   d. I **will** report any receipt of prohibited or inappropriate email or files to the Cyber Security Office or SSO.

**5.**  **Prohibited Activities:**

   a. I **will not** use computer assets for personal/private financial gain or illegal activities, entertainment, or other pursuits such as gambling, lottery, pornography, or any similar activity.

   b. I **will not** shoulder surf and **will** report if I see someone shoulder surfing.

   c. I **will not** play music, videos or any form of games CDs/DVDs/Blu-ray Discs on government systems.

   d. I **will not** release, disclose, or alter information without the consent of the data owner or the Disclosure Officer's approval. Violations may result in prosecution of military member under the UCMJ, article 92 or appropriate disciplinary action for civilian employees.

   e. I **will not** attempt to strain, test, bypass, or circumvent any security features/mechanisms.

   f. I **will not** relocate or change any IS equipment or the network connectivity of the IS equipment without proper security authorization.

Exhibit 4

g.   I **will not** introduce malicious code into any IS or network.

h.   I **will not** violate software copyright by making illegal copies of software. Copyrighted software must only be used in accordance with its license or purchase agreement. I **do not** have the right to own or use unauthorized copies of software or make unauthorized copies for myself or others.

i.   I **will not** store Privacy Act Information on this IS without permission from the Cyber Security Office.

j.   I **will not** post sensitive systems, intelligence, or other non-public information from JWICS to **ANY** social media site which would allow unauthorized entities to obtain information that I am not authorized to disseminate that can possibly be exploited.

k.   I **will not** perform maintenance or tamper with any electronic device without authorization from the Cyber Security Office.

l.   I **understand** that I am **prohibited** from using software that is designed to destroyed data, provide unauthorized access to the computer systems, or disrupt computing processes in any way. The use of viruses, worms, Trojan horses, and other invasive software is expressly forbidden. Systems subject to invasive software are equipped with antivirus software, and users are required to use it.  I am **prohibited** from tampering with or turning off this antivirus software.

6.  **DATA SPILLAGE AND INADVERTENT DISCLOSURE:**

a.   I **will** be aware of the security level I am communicating at with vigilance and mindful of what can and cannot be said.

b.   In the event of inadvertent disclosure of higher classified data on a lower classified network, I **will IMMEDIATELY** self-report the incident to the **Mission Supervisor on duty and the SSO** to initiate the Inadvertent Disclosure process.

## 2.   **Keyboard, Video and Mouse (KVM) Agreement**

1.  **Background and Guidance:**

a.   KVM Switches are devices used to connect a single keyboard, video monitor, and mouse to multiple ISs.
b.   KVMs reduce equipment and space requirements efficiently.

2.  **Purpose:**  Emphasize KVM User responsibilities and guidelines associated with KVM use.  Below are the guidelines from the Defense Information Systems Agency (DISA), Security Technical Implementation Guide (STIGs), and DoD publications.

**2.1   The User Will:**
a.   Protect the computer systems and KVM from unauthorized access or use.
b.   Immediately report any spillage of classified information to the Mission Supervisor, Cyber Security Office, SSO or SAs.
c.   Use different passwords on each system connected to the KVM.
d.   Immediately notify the Cyber Security Office or SAs if an IS screen does not display a classification banner at the top or bottom at login.
e.   Confirm that once screen-lock has been activated that a password is required to log back into the IS.
f.   Immediately report any KVM that appears to be damaged or has any indication of tampering to SAs, Cyber Security Office, or SSO.

3.  **Individual Responsibilities:**  Users are required to follow the procedures listed below when using a KVM.

**3.1   Logging onto an IS:**
a.   Identify the classification of the IS currently selected.
b.   Use the login ID and password appropriate for that IS.
c.   Verify classification of the present IS by checking the classification label/banner.

**3.2   Switching between ISs:**
a.   Screen lock the IS you are currently using.
b.   Select the desired IS with the KVM switch.
c.   Enter the login ID and password to deactivate screen lock or login to the newly selected IS.
d.   Verify classification of the present IS by checking the classification label/banner.

Exhibit 4

### 3.3 Logging Off of an IS:
a. Select system (one at a time) with the KVM switch.
b. Close all applications processing on the active system.
c. Log out of the system when processing is no longer required on that system.
d. Switch back and verify this for each system connected to KVM switch.
e. Log out of **ALL** ISs at the end of each duty day.

4. **Physical Security Controls:** KVM switches are normally unclassified devices, however, it must be protected in a manner suitable for the IS with the highest classification to which it is connected.

    a. Physical access to the KVM switch must be restricted to individuals with authorization to perform maintenance.

5. **Safeguards:**

### 5.1 Labels:
a. All classified Information System components must be appropriately labeled, including all switch positions.

### 5.2 Desktop Backgrounds:
a. To avoid inadvertent compromises, IS joined by KVM switches will utilize desktop backgrounds that display classification banners at the top or bottom.

b. The classification banner will state the overall classification of the IS in large bold type, and the banner background will be in a solid color that matches the classification of the IS.

c. When ISs have a similar classification level, but require separation for releasability or other constraints, use of unique colors for the different ISs is permissible. As an additional security measure, the desktop backgrounds of classified IS will follow the same color requirement as the classification banner.

6. **Prohibited Features/Technology:**

### 6.1 Wireless/Infrared Technology:

a. Keyboards or mice that employ wireless or infrared technology are **not permitted**.

### 6.2 Smart Keys:
a. ISs using KVMs **MUST NOT** employ "smart" or memory/data retaining keyboards, monitors or mice. These types of interfaces provide memory retention that creates a risk of data transfer between systems of different classifications. **Example**:  keyboards with CAC readers and/or USB ports are not authorized.

### 6.3 Peripheral Connections:
a. Peripheral Devices other than a **keyboard**, a **video/monitor** or a **mouse SHALL NOT** be connected to the KVM switch.

7. **User Responsibility of Training**:

    a. If you are uncomfortable or are unsure how to use a KVM, **you must contact** your local System Administers.

## 3.   Headphone/Headset Agreement

1. **Purpose:** To emphasize user responsibilities of wired headphones (listen only) and wired headsets (listen & speak) in conjunction with any USG attached devices and other IS under 102 ISRG's authority to operate within the locally controlled facilities. Such use offers mission gain with an acceptable level of risk.

2. **Background and Guidance:**

3. **Headphone: Definition**
a. A headphone (listen only) usually are constructed to have a strap that rests on top of the head, positioning a pair of speakers over both ears or are designed to be held in place close to a user's ear.
b. Approved headphones have a wire for connection to a signal source such as a computer, audio amplifier, radio, CDplayer, portable media player, or mobile phone.

### 3.1 Headset: Definition

Exhibit 4

   a. A headset (listen & speak) is a headphone combined with a microphone.
   b. Headsets may have only one speaker like a telephone or may have two, one for each ear.
   c. The **ONLY** approved headsets are **Jabra Biz 2400 II & Plantronics Blackwire C3210.**

4. **General Policy:**
   4.1 **The user WILL:**
   a. Use USG approved headsets ONLY.
   b. **Unplug headphones/headsets when not in use and at the END OF THE WORKDAY. NO EXCEPTIONS**.
   c. Immediately report any misuse and/or comprising incident to the Cyber Security Office, SSO or IMOC.
   d. Report any malfunction, defect, damage or usage issues to IMOC ASAP.
   e. Ensure devices is only connected to one network at a time.
   f. Ensure headsets are only connected to the designated network **(any other network constitutes a security violation)**

   4.2 **The user WILL NOT:**
   a. Utilize any wireless headphones/wireless headsets (They are **prohibited**).
   b. Modify headphones/headsets in any way or remove from assigned workstation or 102 ISRG controlled facility.

   4.3 **I Understand that:**
   a. All authorized headphones/headsets detailed in this policy are not defined as portable electronic devices.
   b. Any emanations from any headphones/headsets are subject to monitoring at any time.
   c. Minimally, the SSO/IAO will report any/all violations to the 102 ISRG/CC and/or SIO at monthly briefings

4. **Webcam Agreement**

1. **Purpose –** To emphasize user responsibilities regarding the use of webcams in conjunction with any USG attached devicesand other IS under the 102 ISRG's authority to operate within the locally controlled facilities.

2. **Background and Guidance:**

3. **Webcam: Definition**
   a. A webcam is a video camera that feeds or streams video in real time to or through a computer to a computer network, such as the Internet. Webcams are typically sit on a desk, attach to a user's monitor, or are built into a monitor and typically includes a built-in microphone and speakers. Webcams can be used during a video chat session involving twoor more people, with conversations that include live audio/video.

4. **General Policy:**
   4.1 **The user WILL:**
   a. Only use USG acquired/owned webcams are authorized within 102 ISRG facilities.
   b. Immediately report any misuse and/or comprising incident to the Cyber Security Office, SSO or IMOC.

   4.2 **The user WILL NOT:**
   a. Modify Webcams in any way or remove from assigned workstation or 102 ISRG controlled facility.

   4.3 **I understand that:**
   a. The **ONLY** approved webcam is **Logitech C925E for JWICS use ONLY.**
   b. Any/all webcams used in 102 ISRG facilities are not considered Portable Electronic Devices (PEDs).
   c. Any/all electronic emanations from 102 ISRG webcams are subject to monitoring.
   d. Any connection to any other network constitutes a security violation.

5. **Individual Responsibilities**

   5.1 **When utilizing a webcam, the User WILL:**
   a. Only plug a webcam into the appropriate client and attached network for which they are approved/labeled
   b. Report any malfunctions, defects, damage, or usage issues to IMOC.

Exhibit 4

I understand that failure to comply with this agreement, facilities, or network security policies and procedures that govern the networks I have access to may result in disciplinary action, loss of network access or both.  This includes necessary reporting to appropriate authorities for further action if deemedappropriate.

I have completed DoD IA Training and local training for the year that I am completing this form for.This training must be completed prior to signing this User Agreement. This agreement and any othertraining needs to be submitted to the IAO and UTM office to receive credit/authorization.

I have read, understood, acknowledged my duties and responsibilities regarding the use, operation, andsecurity requirements of network peripheral devices as well as KVM switches, and will comply with theterms of this agreement in its entirety.

I UNDERSTAND THAT THIS DOCUMENT CAN AND WILL BE REFERENCED FOR INVESTIGATORY PURPOSES, IF NEEDED.

| Teixeira, Jack, D | E-3 |
|---|---|
| PRINT Last Name, First Name, MI | Rank/Civilian Duty Title |

| 102 ISS | SCP | 968-7162 |
|---|---|---|
| Organization | Office Symbol | Duty Phone |

| 20220712 | TEIXEIRA.JACK.DOUGLAS.1539098230  Digitally signed by TEIXEIRA.JACK.DOUGLAS.1539098230  Date: 2022.07.12 15:53:17 -04'00' |
|---|---|
| Date | Users Digital Signature |