UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:23-cr-10159 |
| ) | |
| JACK DOUGLAS TEIXEIRA ) | |

## MOTION FOR LEAVE TO FILE REPLY

Jack Teixeira asks for leave to file a Reply to the Government's Opposition to Defendant's Appeal of Magistrate Judge's Order on Detention. (Doc. No. 87). Mr. Teixeira specifically requests he be granted permission to file a Reply of no more than fifteen pages, on or before August 11, 2023. Counsel for Mr. Teixeira contacted counsel for the government who informed that they take no position on this matter.

Respectfully submitted,
Jack Teixeira
by his attorneys

*/s/ Allen Franco*
Allen Franco
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

*/s/ Brendan Kelley*
Brendan Kelley
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

*/s/ Michael K. Bachrach*
Michael K. Bachrach
Law Office of Michael K. Bachrach
224 West 30th Street, Suite 302
New York, NY 10001
(212) 929-0592

1

## Certificate of Service

      I, Allen Franco, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: August 7, 2023　　　　　　　　　　　　　　　　　　*/s/ Allen Franco*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Allen Franco