UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>JACK DOUGLAS TEIXEIRA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Case No. 23-cr-10159-IT<br>)<br>)<br>)<br>) |

**<u>GOVERNMENT'S ASSENTED-TO MOTION FOR A PROTECTIVE ORDER</u>**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Local Rule 116, and with the assent of the defendant, the United States submits the attached proposed protective order concerning certain *unclassified* documents and information produced in this case, and respectfully asks the Court enter the proposed order. The proposed order is necessary to prevent the public disclosure of unclassified but sensitive information belonging to various U.S. government agencies including, but not limited to, the U.S. Department of Defense ("DoD").

The defendant, Jack Douglas Teixeira, has been charged in a six-count Indictment with the unlawful retention and transmission of classified national defense information. *See* ECF No. 48. Since the return of the Indictment, the government has produced — and continues to produce — both classified and unclassified discovery to the defendant. All classified discovery produced by the government is subject to a protective order entered by the Court on July 10, 2023. *See* ECF No. 66 and 70. With the defendant's assent, the government now seeks a second protective order for a limited category of *unclassified* but sensitive discovery. Specifically, in response to defense requests and otherwise, the government expects to produce various documents belonging to U.S. government agencies, including DoD, containing sensitive information about matters that are relevant to this case. For example, the government expects to produce unclassified documents to

the defendant regarding DoD's monitoring of classified computer systems for insider threats. Although unclassified, this information — and other information like it that the government expects to produce in this case — is deemed sensitive by DoD.

The proposed protective order, which is attached hereto, would allow the defendant and his attorneys to make use of this sensitive information for their defense, while also protecting the information from unnecessary disclosure to the public. The government would be equally bound by the protective order.

WHEREFORE, the United States respectfully requests that this Court grant this motion and endorse the proposed protective order.

                                                                Respectfully submitted,

                                                                JOSHUA S. LEVY
                                                                Acting United States Attorney

                                                                */s/ Jason A. Casey*
                                                                Nadine Pellegrini
                                                               Jared C. Dolan
                                                               Jason A. Casey
                                                               Christina Clark
Date: October 2, 2023                                        Attorneys for the Government

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel of records as identified on the Notice of Electronic Filing (NEF).

                                        */s/ Jason A. Casey*
                                        Jason A. Casey
                                        Assistant U.S. Attorney