UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)  Criminal No. 23-10159-IT<br>JACK DOUGLAS TEIXEIRA,  )<br>)<br>           Defendant  )<br>)<br>_____ ) | |

**REPORT AFTER INTERIM STATUS CONFERENCE
PURSUANT TO LOCAL RULE 116.5(b)**

October 5, 2023

In this case, Defendant is charged in an indictment with six counts of Willful Retention and Transmission of National Defense Information, in violation of 18 U.S.C. § 793(e).  Defendant was arraigned in person on June 21, 2023.  I held an interim status conference on October 2, 2023 which counsel and defendant attended by telephone.  On the basis of the conference and a memorandum filed in connection with it, I report as follows:

**Local Rule 116.5(b)(1) through (4)**

The United States reports that it has produced unclassified and classified automatic discovery to the defense and is loading additional classified and unclassified discovery to facilitate Defendant's review of such materials.  There are pending discovery requests: one for unclassified documents; one for classified documents.  Defendant requests additional time to review discovery and make discovery requests.  The Court has entered an order protecting disclosure and handling

of classified information. I entered an additional protective order on October 3, 2023 regarding sensitive, non-classified information.

**Local Rule 116.5(b)(5)**

Defendant may be filing a motion to suppress evidence. I will set a motion schedule at the next Status Conference.

**Local Rule 116.5(b)(6)**

In the absence of a proposal from the parties, I order that the Government's expert disclosures, if any, shall be due thirty (30) days before trial, and Defendants' expert disclosures, if any, shall be due twenty-one (21) days before trial.

**Local Rule 116.5(b)(7)**

Defendant is directed to report at the next status conference whether he will raise defenses of insanity, public authority, or alibi.

**Local Rule 116.5(b)(8)**

The Court has excluded the period from June 21, 2023 (the date of Defendants' arraignment), through October 2, 2023 (the date of the Interim Status Conference). The parties agree that the period from October 2, 2023 through the next Status Conference that I have set, at the request of the parties, for December 11, 2023 should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that five days (from the filing of the indictment on June 15, 2023 to the June 21, 2023 arraignment) are chargeable against the statutory speedy trial clock. See Order of Excludable Delay entered on this date.

**Local Rule 116.5(b)(9)**

The matters of plea discussions and length of trial will be taken up at the next Status Conference.

**Local Rule 116.5(b)(10)**

A further status conference (not the final status conference) will take place in this case on Monday, December 11, 2023 at 10:00 a.m., in Courtroom #1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.  Counsel shall appear by telephone and contact my Courtroom Clerk Dawn King, (508.929.9905 or Dawn_King@mad.uscourts.gov) before the conference and provide a landline telephone number at which counsel can be reached.

 / s / David H. Hennessy  
David H. Hennessy  
United States Magistrate Judge