IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JACK DOUGLAS TEIXEIRA<br><br>Defendant. | Criminal Nos.   23-10159-IT |

### ASSENTED TO MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE PURSUANT TO SECTION 2 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

The United States of America, by and through undersigned counsel, respectfully moves the Court to continue the pretrial conference, currently scheduled for December 23, 2023, to February 9, 2024.

Since the last pretrial conference, the government has made an additional production of classified discovery and is preparing to produce additional classified discovery this week.  The government has also responded to classified (and unclassified) discovery requests from the defendant.  The parties seek to have the pretrial conference after the date scheduled for the final status conference before Magistrate Judge Hennessy.  At that point, the parties anticipate that discovery will be substantially complete such that it would be appropriate to use the February 9, 2023, date as a Pretrial Conference pursuant to Section 2 of the Classified Information Procedures Act and as an initial pretrial conference pursuant to Local Rule 117.1(a) if Magistrate Judge Hennessy has transferred the case with a final status report pursuant to Local Rule 116.5(d).

WHEREFORE, the Government respectfully requests, with the assent of defense counsel, that the Court grant the requested continuance.

December 19, 2023                                         Respectfully submitted,

                                                          JOSHUA S. LEVY
                                                          Acting United States Attorney

                                                          /s/ Jared C. Dolan
                                                          NADINE PELLEGRINI
                                                          JARED C. DOLAN
                                                          JASON CASEY
                                                          Assistant United States Attorneys

                                                          MATTHEW G. OLSEN
                                                          Assistant Attorney General

                                                          /s/ Christina A. Clark
                                                          CHRISTINA A. CLARK
                                                          Trial Attorney
                                                          National Security Division

## CERTIFICATE OF SERVICE

I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                          /s/ Jared C. Dolan
                                                          Jared C. Dolan
                                                          Assistant United States Attorney

December 19, 2023