IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JACK DOUGLAS TEIXEIRA<br><br>Defendant. | Criminal Nos.  <u>23-10159-IT</u> |

**ASSENTED-TO MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE**

The United States of America, by and through undersigned counsel, respectfully moves the Court to continue the pretrial conference, currently scheduled for February 9, 2024, to March 4, 2024.

To date, the government has made four productions of classified discovery. The government has also reproduced certain of the classified productions in a searchable format at the request of the defense. The government anticipates producing additional classified discovery in the coming weeks based, in part, on a January 12, 2024, defense discovery request. Because classified discovery is still ongoing, the parties believe that it is premature to set any deadlines under the Classified Information Procedures Act, and a continuance of the pretrial conference is warranted.

WHEREFORE, the government respectfully requests that the Court continue the February 9, 2024, pretrial conference until March 4, 2024. Counsel for the defendant assents to this motion.

January 23, 2024                                          Respectfully submitted,

                                                          JOSHUA S. LEVY
                                                          Acting United States Attorney

                                                          /s/ *Jared C. Dolan*
                                                          NADINE PELLEGRINI
                                                          JARED C. DOLAN
                                                          JASON CASEY
                                                          Assistant United States Attorneys

                                                          MATTHEW G. OLSEN
                                                          Assistant Attorney General

                                                          /s/ *Christina A. Clark*
                                                          CHRISTINA A. CLARK
                                                          Trial Attorney
                                                          National Security Division

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                          /s/ *Jared C. Dolan*
                                                          Jared C. Dolan
                                                          Assistant United States Attorney

January 23, 2024