IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JACK DOUGLAS TEIXEIRA<br><br>       Defendant. | Criminal Nos.   <u>23-10159-IT</u> |

## ASSENTED-TO MOTION FOR RULE 11 HEARING

Now comes the United States, through undersigned counsel, and with the assent of the defendant respectfully requests that the Court schedule this matter for a Rule 11 hearing on March 4, 2024, the date currently set for the Pretrial Conference.

February 29, 2024                                          Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

/s/ *Nadine Pellegrini*
NADINE PELLEGRINI
JARED C. DOLAN
JASON CASEY
Assistant United States Attorneys

MATTHEW G. OLSEN
Assistant Attorney General

/s/ *Christina A. Clark*
CHRISTINA A. CLARK
Trial Attorney
National Security Division

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                 */s/ Nadine Pellegrini*
                                                 Nadine Pellegrini
                                                 Assistant United States Attorney

February 29, 2024