UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JACK DOUGLAS TEIXEIRA,

Defendant

CRIMINAL No.23-10159-IT

## GOVERNMENT'S EXHIBITS

Pursuant to the Court's Standing Order, the government submits the following exhibits in support of its Sentencing Memorandum

Exhibit 1 – Declaration of Hon. Frank Kendall III, 26th Secretary of the Department of the Air Force

Exhibit 2 - Declaration of FBI Special Agent Luke Church

Exhibit 3 – Certificate of Completion – Unauthorized Disclosure of Classified Information and Controlled Unclassified Information

Exhibit 4 – Student Guide – Unauthorized Disclosure of Classified Information and Controlled Unclassified Information

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

/s/ *Jared C. Dolan*
NADINE PELLEGRINI
JARED C. DOLAN
JASON CASEY
Assistant United States Attorneys

MATTHEW G. OLSEN
Assistant Attorney General

/s/ Christina A. Clark
CHRISTINA A. CLARK
Trial Attorney
National Security Division

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/S/ Jared C. Dolan
JARED C. DOLAN
Assistant United States Attorney