

U.S. Department of Justice
Federal Bureau of Investigation

### DECLARATION OF LUKE CHURCH, SPECIAL AGENT,
### FEDERAL BUREAU OF INVESTIGATION

I, LUKE CHURCH, do hereby declare and state as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation and have been since August 2022. As a Special Agent, I have received training at the FBI Academy located in Quantico, Virginia, including training on investigative methods and training specific to counterintelligence and espionage investigations. I am currently assigned to a squad at the FBI Washington Field Office, Counterintelligence Division, where I primarily investigate counterintelligence and espionage matters. During the course of these investigations, I have conducted or participated in witness and subject interviews, service of subpoenas, the execution of search and arrest warrants, the seizure of evidence, including computer, electronic, and email evidence, as well as requested and reviewed pertinent records. Based on my experience and training, I am familiar with the requirements for the handling of classified documents and information. I am also familiar with the methods used by individuals engaged in the unlawful use or disclosure of classified information.

2.  I am currently investigating the activities of JACK DOUGLAS TEIXEIRA ("TEIXEIRA"), who previously pled guilty to willfully retaining and transmitting classified national defense information to a person not entitled to receive it in violation of 18 U.S.C. § 793(e). I previously submitted three declarations in this matter, and I make the following

statements based upon my personal knowledge and information made available to me in my official capacity.

3. As described in my prior declarations, during the course of my investigation, I have reviewed records lawfully obtained from the social media platform where TEIXEIRA originally posted classified national defense information (the "Social Media Platform"). As described in the Affidavit in Support of an Application for a Criminal Complaint and Arrest Warrant ("Affidavit") for TEIXEIRA, the Social Media Platform provided the FBI with subscriber information for the user of a particular username that indicated the billing name associated with that username was "Jack Teixeira," and the billing address associated with that username was a residence I know to be associated with TEIXEIRA.

4. Portions of the records from the Social Media Platform reflect the following interactions between TEIXEIRA and others on the server:

- 15 March 2022

   User A: oh btw excalibur can you post any document regarding the losses
   User A: or are they sekrit
   TEIXEIRA: If I want to go to jail for the rest of my life yeah
   User A: sadge
   TEIXEIRA: TS//NOFORN//FVEY
   TEIXEIRA: I hate being disorganized
   User B: I know someone in US Intelligence but I wouldn't ask because you know, they sworn [sic] an oath to keep top secret stuff secret lol
   TEIXEIRA: Not an oath, an NDA
   User B: Yes the NDA too
   User A: thats a them issue not a me issue smh
   User A: i want them info
   TEIXEIRA: The oath is just the defense of America against all threats and the following of orders
   .....
   TEIXEIRA: Look I feed info almost verbatim from where I Read stuff, so to me that gives me ambiguity
   TEIXEIRA: Leaking docs tho? That's just me asking to be caught
   TEIXEIRA: Again chelsea manning is the perfect example

- 23 November 2022

    TEIXEIRA: also typing out litterally [sic] every piece of aid given to ukraine rn (tens of thousands of words)

5. TEIXEIRA sent the 23 November 2023 message to a username that included Cyrillic characters. The FBI has assessed that this individual may have resided in Serbia.

6. The interactions described above do not reflect all my knowledge on this matter or all relevant, inculpatory, or violent messages that I observed. They are instead offered to provide the Court with certain messages attributable to TEIXEIRA.

*   *   *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Luke Church
Special Agent, Federal Bureau of Investigation