

# CERTIFICATE OF COMPLETION

This is to certify that

## Jack Teixeira

has completed

Unauthorized Disclosure (UD) of Classified Information and
Controlled Unclassified Information (CUI)

March 3, 2022

Heather M. Mardaga
Director, CDSE

Verification Code

TMg0MZJ6qI